the commissioners of election of Westchester county from placing and printing the names of the individual respondents as candidates for the party positions of Republican county committeemen on the official ballots for the primary election to be held on September 17, 1935, reversed on the law, and motion granted, without costs, on authority of *Matter of Dorsey* v. *Cohen* (268 N. Y. 620), decided September 9, 1935. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of MORRIS ORNSTEIN, Appellant, a Candidate for the Democratic Nomination for the Office of Sheriff of Kings County, so Named in a Designating Petition, Filed for that Purpose, for an Order Requiring and Directing S. HOWARD COHEN and Others, Comprising the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, to Accept the Said Designating Petitions of MORRIS ORNSTEIN for Sheriff and HERMAN M. FRANK for Register, as Candidates in the Democratic Primary Election for the Nominations for the Respective Offices, and to Have These Two Names Printed and Included in the Democratic Primary Ballot, etc. AARON L. JACOBY and Another, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to direct the board of elections to accept the petitions and certificates of designation designating Morris Ornstein as a candidate for the Democratic nomination for the public office of sheriff of Kings county and Herman M. Frank as a candidate for the Democratic nomination for the public office of register of Kings county, and to have the names of said persons printed and included in the Democratic primary ballots in connection with the primary election to be held on September 17, 1935, affirmed, without costs. No opinion. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of ROBERT I. POWERS, Appellant, for the Determination of the Court as to the Designation of WILLIAM A. HUTCHINSON and ERMA MORTON for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to quash the petition and to restrain the commissioners of election of Westchester county from placing and printing the names of the individual respondents as candidates for the party positions of Republican county committeemen on the official ballots for the primary election to be held on September 17, 1935, reversed on the law, and motion granted, without costs, on authority of *Matter of Dorsey* v. *Cohen* (268 N. Y. 620), decided September 9, 1935. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Petition of CHARLES P. SULLIVAN, Appellant, for an Order Directing S. HOWARD COHEN, as President of the Board of Elections of the City of New York, and the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, to Conduct New Drawings for the Position of District Attorney for the County of Queens on the Official Ballot to Be Used for the Nomination of Candidates for Said Office in the Democratic Party at the Primary Election to Be Held on September 17, 1935. BOARD OF ELECTIONS OF THE CITY OF NEW YORK and BENJAMIN MARVIN, Respondents.— Motion to dispense with printing the record

on appeal and to hear the appeal forthwith granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Petition of CHARLES P. SULLIVAN, Appellant, for an Order Directing S. HOWARD COHEN, as President of the Board of Elections of the City of New York, and the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, to Conduct New Drawings for the Position of District Attorney for the County of Queens on the Official Ballot to Be Used for the Nomination of Candidates for Said Office in the Democratic Party at the Primary Election to Be Held on September 17, 1935. BOARD OF ELECTIONS OF THE CITY OF NEW YORK and BENJAMIN MARVIN, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion for a peremptory mandamus order to direct the board of elections to hold a new drawing to determine the position of candidates for the public office of district attorney, Queens county, on the ballot for the primary election to be held on September 17, 1935, affirmed, without costs, in the exercise of discretion. It appears by affidavits submitted by the board of elections that it will be a physical impossibility for the board to have the ballots to be used in Queens county — Democratic party — ready for use on primary day if the court should reverse the order herein and direct a redrawing and upon such redrawing there should be a change in position of the two candidates. If the ballots were not ready, there would be a disfranchisement of the Democratic electors, not only for the position herein involved, but for all other offices for which nominations are to be made in that county. The good faith of the board of elections in its representation to the court of inability to have the ballots ready if the ballot were changed is not questioned. Under these circumstances, and since the harm to the appellant would be slight and the possible loss to electors very serious, without considering the merits the court is of the opinion that the order should be affirmed pursuant to the provisions of section 330 of the Election Law, that the court shall make such order as justice may require. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

GEORGE W. STEWART and Others, Respondents, v. MINNIE J. ABEL and Others, Appellants.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order enjoining the defendants from in any manner using the word " Regular " in connection with or in advertising their designation to party position or public office, for the primary election to be held on September 17, 1935, in the seventeenth Assembly district, Kings county, affirmed, without costs. No opinion. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

LUDOVICO M. MIRABELLA, Appellant, v. BORO ASPHALT CORPORATION, Respondent.— Appeal by plaintiff from a judgment in favor of defendant, and from an order denying his motion for a new trial, in an action to recover damages for personal injuries sustained as the result of a collision between defendant's motor truck and the ambulance in which plaintiff, a hospital interne, was riding. On argument, judgment and order reversed on the law and a new trial granted, costs to appellant to abide the event, on the ground that the remarks of the trial justice were prejudicial to the plaintiff. Lazansky, P. J., Scudder, Davis and Johnston, JJ., concur; Tompkins, J., not voting.